UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PAMELA HEWITT,

    Plaintiff,

ORDER

Case No. 13-cv-674-BBC

v.

REGIONAL CREDIT SOLUTIONS, INC.

    Defendant.

---

On November 13, 2013, plaintiff Pamela Hewitt filed a Motion for Entry of Default as to defendant Regional Credit Solutions, Inc. (dkt. #4) and proof of service on the defendant (dkt. #3). However, plaintiff's proof of service fails to identify the officer or agent who accepted service on behalf of the defendant as required by Rule 4(h).

Therefore, IT IS ORDERED that plaintiff's Motion for Entry of Default (dkt. #4) is denied subject to renewal upon proper proof of service.

Dated this 19th day of November, 2013.

BY THE COURT

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court