UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PAMELA HEWITT )
Plaintiff, )
)
)
vs. )                         Civil Action No.
)
)                         13-cv-00674-BBC
REGIONAL CREDIT SOLUTIONS, INC. )
Defendant, )
)
)

## ENTRY OF DEFAULT

Plaintiff, Pamela Hewitt, requests that the clerk of court enter default against defendant Regional Credit Solutions, Inc. pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Regional Credit Solutions, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 12th day of February , 2014.

Peter Oppeneer, Clerk of Court