UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PAMELA HEWITT
    Plaintiff,

vs.

REGIONAL CREDIT SOLUTIONS, INC.
    Defendant,

Civil Action No.

13-cv-00674-BBC

## DEFAULT JUDGMENT

The defendant, Regional Credit Services, Inc., having failed to appear, plead or otherwise defend in this action, and default having been entered on February 12, 2014, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff Pamela Hewitt and against defendant Regional Credit Solutions, Inc. as follows:

Judgment in the amount of four thousand five hundred dollars ($4,500.00), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. § 1692(k)(a)(2)(A), three thousand five hundred dollars ($3,500.00) in attorneys' fees and costs (which is comprised of three thousand dollars ($3,000.00) in fees plus five hundred dollars ($500.00) for filing and service of the suit U.S.C. § 1692(k)(a)(3).

Dated this _19th_ day of _March_, 2014.

_Barbara B. Crabb_
District Judge

Judgment entered this _19th_ day of March, 2014.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court